IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHN MONREA'l, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ADAM LAMB, et al. | : | NO. 15-4126 |

ORDER

AND NOW, this 21st day of January, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of Delaware County to dismiss the second amended complaint (Doc. # 29), the motion of the Chester County Society for the Prevention of Cruelty to Animals and Adam Lamb to dismiss the second amended complaint (Doc. # 30), the motion of Kristin Donmoyer and Joseph Loughlin to dismiss the second amended complaint (Doc. # 33), and the motion of the Animal Protection Board of Delaware County to dismiss the second amended complaint (Doc. # 34) are all GRANTED;

(2) Counts I, II, III, IV, and V of the second amended complaint are DISMISSED with prejudice; and

(3) Counts VI and VII of the second amended complaint are DISMISSED under 28 U.S.C. § 1367(c)(3) without prejudice to the right of plaintiffs to re-file them in state court.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.